JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RATEB QUTAMI, Plaintiff, v. MONDELEZ INTERNATIONAL, INC., et al., Defendants. | Case No. CV 26-5179-GW-BFMx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [19] filed on August 21, 2026, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 24, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE